AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Hernandez-Diaz,<br>(A200 902 125)<br>_Defendant_ | Case No. 17-8333 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 27, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Hernandez-Diaz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 11, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

Reviewed by: _CEB_ Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

Complainant's signature
Rene A. Lopez,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 31, 2017

Judge's signature

John Z. Boyle
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 27, 2017, Juan Hernandez-Diaz was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Hernandez-Diaz was examined by ICE Officer E. Gober who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On July 29, 2017, Hernandez-Diaz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Hernandez-Diaz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Hernandez-Diaz to be a citizen of Mexico and a previously deported criminal alien. Hernandez-Diaz was removed from the United States to Mexico through Nogales, Arizona, on or about October 11, 2012, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Hernandez-Diaz in any Department of Homeland Security

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez-Diaz's immigration history was matched to him by electronic fingerprint comparison.

4. On July 29, 2017, Juan Hernandez-Diaz was advised of his constitutional rights. Hernandez-Diaz freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 27, 2017, Juan Hernandez-Diaz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 11, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326(a).

_____
Rene A. Lopez,
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 31st day of July, 2017.

_____
John Z. Boyle
United States Magistrate Judge